# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MHAMMAD ABU-SHAWISH,**
        **Plaintiff,**

v.                                                        Case No. 10-C-0473

**UNITED STATES OF AMERICA, et al.,**
        **Defendants.**

## ORDER

Plaintiff's motion to reinstate Count Eight of the complaint against defendants 2-17 and 19-23 is hereby **DENIED**. If plaintiff wishes to correct any errors he made in the original complaint, he must file an amended complaint.

Dated at Milwaukee, Wisconsin, this 22nd day of August, 2011.

/s_____
LYNN ADELMAN
District Judge