UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**MHAMMAD ABU-SHAWISH,**
      Plaintiff,

v.                                       Case No. 10-C-0473

**UNITED STATES OF AMERICA, et al.,**
      Defendants.

---

### DECISION AND ORDER

Plaintiff has filed a motion for reconsideration of my decision and order of September 12, 2012. Having considered the arguments raised in that motion, I conclude that there are no grounds for reconsideration. Accordingly, plaintiff's motion for reconsideration is **DENIED**.

Dated at Milwaukee, Wisconsin, this 5th day of February, 2013.

                                              s/ Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge